PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HUSAM AL HUSEIN, ET AL., | CASE NO. 2:24-CV-00936 TLN-DB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |
| v. | |
| USCIS, ET AL., | |
| Defendant. | |

The Defendants respectfully request to hold this case in temporary abeyance through March 18, 2025, and counsel for Plaintiffs does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017.  USCIS has scheduled Plaintiff's asylum interview for November 18, 2024.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days.  If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///

///

///

The parties therefore stipulate that this matter be held in temporary abeyance through March 18, 2025. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: May 28, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ GHASSAN SHAMIEH
GHASSAN SHAMIEH
Counsel for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: May 29, 2024

Troy L. Nunley
United States District Judge