MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUSAM AL HUSEIN, ET AL., | CASE NO. 2:24-CV-00936-TLN-DB |
| Plaintiffs, | STIPULATION AND ORDER TO EXTEND TEMPORARY STAY |
| v. | |
| USCIS, ET AL., | |
| Defendants. | |

1

The Defendants respectfully request to extend the temporary stay in place, and counsel for Plaintiffs does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017.  USCIS scheduled and completed Plaintiff's asylum interview on October 28, 2024, but has now determined that a re-interview is necessary.  USCIS has scheduled the re-interview for March 19, 2025.  Given the need for a re-interview, USCIS estimates it will be able to complete the adjudication within a 60-day extension of the temporary stay.

The parties therefore stipulate to extend the stay of these proceedings through **May 19, 2025**. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  February 26, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ GHASSAN SHAMIEH
GHASSAN SHAMIEH
Counsel for Plaintiffs

**IT IS SO ORDERED.**

Dated: February 27, 2025

Troy L. Nunley
Chief United States District Judge