1  MICHELE BECKWITH
   Acting United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 HUSAM AL HUSEIN, ET AL.,              CASE NO.  2:24-CV-00936-TLN-SCR

11                    Plaintiffs,        STIPULATION AND ORDER TO EXTEND
                                         TEMPORARY STAY
12           v.

13 PAMELA BONDI[1], in her official capacity as
   Attorney General of the United States, ET AL.,
14
                      Defendants.
15

16

17        The Defendants respectfully request to extend the temporary stay in place, and counsel for

18 Plaintiffs does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services

19 ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which

20 he filed in 2017.  USCIS scheduled and completed Plaintiff's asylum interview on October 28, 2024.

21 After the initial interview, USCIS determined that a re-interview was necessary.  USCIS scheduled and

22 conducted the re-interview on March 19, 2025.  USCIS has been taking steps to complete the

23 adjudication of Plaintiff's application and estimates that it will be able to complete the adjudication

24 within an additional 30-day extension of the temporary stay.  Once USCIS completes its adjudication of

25 Plaintiff's application, the parties anticipate that this case will be moot.

26 ///

27 _____

28 [1] Pamela Bondi is automatically substituted for Merrick Garland pursuant to Federal Rule of
   Civil Procedure 25(d).

                                          1

1    The parties therefore stipulate to extend the stay of these proceedings through **June 18, 2025**.

2    The parties further request that all other filing and case management deadlines be similarly extended.

3

4    Respectfully submitted,

5

6    Dated:  May 16, 2025                          MICHELE BECKWITH
                                                     Acting United States Attorney
7

8                                         By:   /s/ SHELLEY D. WEGER
                                                     SHELLEY D. WEGER
9                                                    Assistant United States Attorney

10

11                                                   /s/ GHASSAN SHAMIEH
                                                     GHASSAN SHAMIEH
12                                                   Counsel for Plaintiffs

13

14              **IT IS SO ORDERED.**

15

16    DATED:  May 16, 2025

17                                                   _____
                                                     Troy L. Nunley
18                                                   Chief United States District Judge

19

20

21

22

23

24

25

26

27

28